Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 APR 25 PM 2:00

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: 08 MJ 1296

The person charged as **Fidel PEREZ-VIDAL** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Middle** District of **Georgia**

with **Bank Fraud and Aggravated Identity Theft**, in violation of

Title 18 USC 1344, 1028A, and 2

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 4/25/2008

_Thomas Maranda_
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 25 April 08

Assistant United States Attorney

CBP: MIRANDA  614-977-8677

Warrant for Arrest

# UNITED STATES DISTRICT COURT

Middle          District of          Georgia

0820-0417-1138-5
F 10 # 1479006

UNITED STATES OF AMERICA

V.

FIDEL PEREZ-VIDAL

**WARRANT FOR ARREST**

Case Number: 5:08-CR-25-001 (CAR)

2008 APR 17 A 11:31
US MARSHALS SERVICE. M/GA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____FIDEL PEREZ-VIDAL_____
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court

☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with    (brief description of offense)

Bank Fraud and Aggravated Identity Theft

in violation of Title ___18___ United States Code, Section(s) ___1344, 1028A and 2___

Gregory J. Leonard                          Clerk
Name of Issuing Officer                     Title of Issuing Officer

s/ Amy N. Stapleton, Deputy Clerk           April 17, 2008  Macon, Georgia
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

INDICTMENT COVER AND INFORMATION SHEET

SEALED ( )   UNSEALED ( XX )

UNITED STATES OF AMERICA

CRIMINAL NO. 5:08-CR-25-CAR

vs.

COUNTY: _____

FIDEL PEREZ-VIDAL

Return Date: _____   AUSA: GEORGE R. CHRISTIAN

Agency: U. S. Postal Service   Agent: Jeff Adkins

2008 APR 17 A 11:31  U.S. MARSHAL'S SERVICE, M/GA

OCDETF Case ( ) YES ( X ) NO   IF YES OCDETF CASE No. _____

A.   Clerk Issue:  Summons: ____   Warrant: X

   NOTE:   ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARREST WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.   Warrant(s) to be executed by:

   U.S. Marshal (✓)   Other ( ) Specify:

   Note: All executed arrest warrants shall be returned to the U.S. Marshal.

C.   Information for arresting officer:

   1.   Are state or local charges pending on this defendant for the same offense charged in this indictment? _____

      ( ) Yes   (✓) No   ( ) Unknown, but possibly.

      If yes, was defendant previously arrested on the state and local charges for the same offense?

      ( ) Yes   (✓) No   ( ) Unknown

If yes, is defendant still in custody?

( ) Yes   ( ) No   ( ) Unknown

If yes, where is defendant incarcerated? _____

2. Attorney for Defendant (if any):

Name: _____

Address: _____N/A_____

Telephone: _____

D. Assistant United States Attorney's recommendation for bond:

Amount: $ __DETAIN__

E. Has a court appearance been scheduled?   ( ) Yes   ( X ) No

If yes, date and time: _____

F. Identifying data of defendant:

Sex: __M__        Height: __5'04"__

Race: __H__       Weight: __145__

DOB: __5-15-1982__   Hair: __BLK__

SSN: _____   Eyes: __BRO__

State ID: ___ FBI#: __33797IVC8__ Alien # ___

History of violence? ( ) Yes   ( ) No   ( X ) Unknown

History of mental problems? ( ) Yes   ( ) No   ( X ) Unknown

History of medical problems? ( ) Yes   ( ) No   ( X ) Unknown

If yes, what type of medical? _____

Last known address: _____

G. Action requested from U.S. Marshal's Service:

___ Request USMS make NCIC entry

_✓_ Refer apprehension responsibility to USMS

___ Request joint apprehension

___ Agency will arrest without USMS assistance

___ Voluntary surrender in lieu of arrest (All Coordination must be accomplished through the Marshal's Service)

_____    April 15, 2008
by: AUSA                             _____
                                     DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA :
:
:
vs. : CRIMINAL NO. 5:08-CR-25-CAR
:
: VIOLATIONS:
FIDEL PEREZ-VIDAL : 18 USC § 1344 & 2 – Bank Fraud
: 18 USC § 1028A – Aggravated Identity Theft

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. Section 1344 – Bank Fraud]

1. At all times relevant to this indictment the People's Bank of Eatonton, Georgia, was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. On or about April 14, 2006, the defendant,

FIDEL PEREZ-VIDAL,

aided and abetted by others, both known and unknown to the grand jury, knowingly and willfully devised and executed a scheme to defraud the People's Bank of Eatonton and attempted to do so.

3. The scheme so executed and attempted to be executed was in substance as follows:

1

(a). FIDEL PEREZ-VIDAL ("Defendant"), obtained a counterfeit check that purported to be a genuine check on the account of Horton Homes, Incorporated, Eatonton, Georgia, to wit:



2

(b). Defendant presented the counterfeit check to the bank to be cashed.

(c). Defendant presented identification in the form of an Alien Registration Number, to-wit: A******453, the full Alien Registration Number known to the grand jury.

(d). Defendant obtained $1,095.80 in cash from the bank.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWO
### [AGGRAVATED IDENTITY THEFT – 18 U.S.C. 1028A]

Count One of this indictment is incorporated herein by reference.

That on or about the 14th day of April, 2006, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**FIDEL PEREZ-VIDAL**,

did, aided and abetted by others known and unknown to the grand jury, during and in relation to bank fraud as alleged in Count One of this indictment, knowingly and without lawful authority used a means of identification of another person, defendant presented an Alien Registration Number, to wit: A******453, the full Alien Registration Number and true name of the alien to whom the Alien Registration Number was assigned is known to the grand jury, when cashing the counterfeit check as described in Count One, all in violation of Title 18, United States Code, Sections 1028A and 2.

3

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

Presented by:

*George R. Christian*

GEORGE R. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 17th day of April, AD 2008.

_____
Deputy Clerk

4

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

Presented by:

_____
GEORGE R. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 17th day of April, AD 2008.

_____
Deputy Clerk

5