Minutes of the United States District Court
Southern District of California
MAY 8, 2008

HON. __JAN M. ADLER__                    DEPUTY CLERK: __R. RHONE__

TAPE NO.JMA08-01-14:33-14:37

| 08MJ1296-JMA | USA | vs. | FIDEL PEREZ-VIDAL - 08918298 (C) |
|---|---|---|---|
| REMOVAL/ID HRG | | | JAMES GLEAVE, CJA |
| | | | AUSA: TARA MCGRATH |

DFT ADMITS IDENTITY

WAIVER FILED

ORDER FILED

4 MINUTES