**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



FILED
MAY 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

May 12, 2008

Clerk, U.S. District Court - Middle District of Georgia (at Macon)
William A. Bootle Federal Building
P.O. Box 128
475 Mulberry Street Macon, GA 31202

Re:   08mj1296-JMA, USA v Perez-Vidal

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk